BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

FEB 2 1 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-SW-0076 CKD |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| International Manufacturing Group, Inc./Relyaid Corporate Office/Warehouse 879 F Street, Suites 110-120-A West Sacramento, California 95605 | |

The government's request to unseal the Search Warrant, Search Warrant Affidavit is

GRANTED.

Dated: February 21, 2014

_____
HON. CAROLYN K. DELANEY
U.S. Magistrate Judge